## IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | |
|---|---|
| DARWIN AGUIRRE, <br> (A-240-066-612) <br>     PETITIONER, <br> V. <br> DONALD TRUMP, PRESIDENT, <br> KRISTI NOEM, U.S SECRETARY FOR <br> DEPARTMENT OF HOMELAND <br> SECURITY <br> AND <br> PAMELA BONDI, ATTORNEY GENERAL <br>     RESPONDENT(S) | CASE NO: 25-2537-TDC |

## ORDER

UPON receiving the Petitioner's Motion in this case having come before the Court, and for good cause being presented and found,

IT IS HEREBY ruled that the Motion be __Granted__, habeas petition withdrawal, and case dismissed.

__8/18/2025__
Date

__[signature]__
Judge